E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 08-575 GHK | Date | October 5, 2009 |
|---|---|---|---|

| **Presiding: The Honorable** | **GEORGE H. KING, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter: | N/A |

| Beatrice Herrera | N/R | Evan J. Davis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Irving Anson | NOT | | ✘ | Michael Lipman/Barbara Muray | NOT | | ✘ |

**PROCEEDINGS:**     **(IN CHAMBERS)**   **ORDER**

   The above sentencing of August 31, 2009, was taken off calendar by the Court. Counsel of record are hereby notified that the above matter is reset on the Court's calendar for **November 9, 2009 at 11:00 a.m.** Defendant and counsel of record shall appear on date and time specified herein.

   **IT IS SO ORDERED.**


                                                                      --    :    --

                                          Initials of Deputy Clerk            Bea