Michael L. Lipman (State Bar No. 66605)
Barbara Howe Murray (State Bar No. 177254)
COUGHLAN, SEMMER & LIPMAN, LLP
501 West Broadway, Suite 400
San Diego, CA 92101
(619) 232-0800
(619) 232-0107 (facsimile)

Attorneys for Defendant
RONALD I. ANSON

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-CR-00575-GHK |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE RONALD I. ANSON'S SENTENCING** |
| RONALD I. ANSON, | |
| Defendant. | Court: Honorable George H. King |

Plaintiff United States of America, through its counsel Evan J. Davis, and defendant Ronald I. Anson, through his counsel Michael L. Lipman and Barbara H. Murray of Coughlan, Semmer & Lipman, LLP, stipulate and request that the sentencing of defendant Anson currently scheduled for November 9, 2009 at

///
///
///
///
///
///
///

08CR0575

1  11:00 a.m., be continued to November 16, 2009 at 11:00 a.m.  Counsel has cleared
2  the new date with the Court clerk.

3                      Respectfully submitted,

4                      THOMAS P. O'BRIEN
    United States Attorney
5

6  Dated: October 6, 2009     /s/ Evan J. Davis
    Evan J. Davis
7      Assistant United States Attorney
    Attorneys for Plaintiff
8      United States of America

9

10 Dated: October 6, 2009     COUGHLAN, SEMMER & LIPMAN, LLP

11

12     /s/ Barbara H. Murray
    Michael L. Lipman
13     Barbara H. Murray
    Attorneys for Defendant
14     Ronald I. Anson