Michael L. Lipman (State Bar No. 66605)
Barbara Howe Murray (State Bar No. 177254)
COUGHLAN, SEMMER & LIPMAN, LLP
501 West Broadway, Suite 400
San Diego, CA 92101
(619) 232-0800
(619) 232-0107 (facsimile)

Attorneys for Defendant
RONALD I. ANSON

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-CR-00575-GHK |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION TO CONTINUE RONALD I. ANSON'S SENTENCING** |
| RONALD I. ANSON, | |
| Defendant. | Court: Honorable George H. King |

**ORDER**

IT IS HEREBY ORDERED that:

The sentencing of defendant Ronald I. Anson currently scheduled for November 9, 2009 is continued to November 16, 2009 at 11:00 a.m.

Dated: October ___, 2009

_____
HON. GEORGE H. KING
United States District Judge