Michael L. Lipman (State Bar No. 66605)
Barbara Howe Murray (State Bar No. 177254)
COUGHLAN, SEMMER & LIPMAN, LLP
501 West Broadway, Suite 400
San Diego, CA 92101
(619) 232-0800
(619) 232-0107 (facsimile)

Attorneys for Defendant
RONALD I. ANSON

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RONALD I. ANSON,<br><br>  Defendant. | CASE NO. 08-CR-00575-GHK<br><br>**RONALD ANSON'S SECOND SUPPLEMENTAL SENTENCING POSITION**<br><br>Date:  November 9, 2009<br>Time:  11:00 a.m.<br>Court: Honorable George H. King |

Defendant Ronald I. Anson, by and through his counsel, Coughlan, Semmer & Lipman, LLP, respectfully submits the following Second Supplemental Sentencing Position.

On August 24, 2009, Mr. Anson filed his Sentencing Position in which we argued that a sentence of 12 months and one day in custody, and 1000 hours of community service is an appropriate sentence. Then, on August 25, 2009, six days before sentencing and more than a year after Mr. Anson entered his guilty plea, the government informed us by email that "the IRS has verified that all but approximately $1.8 million of the $9 million tax loss has been recaptured, and the restitution should be adjusted accordingly." We informed the Court of this

1  dramatic change in the posture of the case by filing a Supplemental Sentencing
2  Position on August 26, 2009.
3       In November 2009, the government informed us that the remaining $1.8
4  million is based on tax losses related to seven taxpayers.
5       Three of the taxpayers have not responded to the government inquiry as to
6  whether they had recaptured the loss.  With respect to the three taxpayers who have
7  not responded, the IRS has reviewed these taxpayers' returns and "sees" no
8  recapture.  Nonetheless, the IRS has made another call to the return preparer for
9  these three taxpayers to see if these individuals did in fact recapture.  In other
10 words, the government still does not know whether these three individuals have
11 recaptured.  These three taxpayers appear to account for approximately $1.5
12 million of the remaining $1.8 million.[1]
13      Mr. Anson continues to believe that either these three taxpayers have
14 recaptured the loss or they have continued to assert that they did materially
15 participate in the operation of the hotel.  If the IRS has accepted this position,
16 either explicitly or implicitly (by not attempting to collect the taxes from the
17 taxpayers), then it seems manifestly unfair to hold Mr. Anson accountable for the
18 remaining intended loss.
19      The four remaining taxpayers appear to account for a tax loss of $357,099.
20 Two of these taxpayers informed the government that they had not recaptured their
21 tax loss.[2]  A third taxpayer recaptured all but a small amount of his tax loss.  The
22 fourth taxpayer is Mr. Anson's son, who apparently has not recaptured.  Due to the
23 fact that the IRS has apparently not attempted to collect the taxes from these four
24 individuals, it seems unfair to attribute the loss to Mr. Anson.

---

[1] The government has disclosed information about the $1.8 million loss in piecemeal fashion.  The figures discussed herein are our best attempt to decipher the information provided.

[2] The government has not told us whether the taxpayers are asserting that they were active participants.

1    Nonetheless, at worse case, the actual loss figure appears to be $357,099, not
2 $1.8 million.[3] This loss figure is consistent with Mr. Anson's position that the
3 mischaracterization of the Anson and Garrett clients' participation in the hotel
4 operation was an intention to illegally defer the clients' taxes until recapture was
5 appropriate.
6    Based on the changed circumstances since we filed Mr. Anson's Sentencing
7 Position, we believe that a split sentence of six months in custody and six months
8 of home detention, along with 1000 hours of community service, is an appropriate
9 sentence, especially in light of the fact that the actual loss appears to be
10 approximately $357,099 (worse case) and Mr. Anson's partner Jack Garrett, whom
11 we believe was essentially equally culpable, was sentenced to 12 months home
12 confinement.

13 DATED:  November 12, 2009    Respectfully submitted,

**COUGHLAN, SEMMER & LIPMAN, LLP**

By:   /s/ Michael L. Lipman
        Michael L. Lipman
        Barbara Howe Murray
        Attorneys for Defendant
        RONALD I. ANSON

@PFDesktop\::ODMA/PCDOCS/CSL/72977/1

---

[3] It is entirely possible that the extent of the loss is $95,942, which is the tax loss attributed to Mr. Anson's son.