**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Case No.   CR 08-575 GHK                                                                 Date   November 16, 2009

**Presiding: The Honorable**   **GEORGE H. KING, UNITED STATES DISTRICT JUDGE**

| Beatrice Herrera | Mary Riordan Rickey | N/A | Evan J. Davis |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

===========================================================================

| DEFENDANT(S) | COUNSEL FOR DEFENDANT(S) |
|---|---|
| Ronald Irving Anson | Michael Lipman/Barbara Murray |
| ✘ Present    Custody   ✘ Bond | ✘ Present    Appointed   ✘ Retained |

**PROCEEDINGS:**        **SENTENCING AND JUDGMENT**

✘ Imprisonment for  twenty-four months  on Single-Count  Information.
✘ *Three (3) years Supervised Release* on Single-Count Information,  under the usual terms & conditions (See back of  Judgment Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

     Perform _____ hours of community service.
     The deft shall  serve a term of *months* in  Home Detention, with electronic monitoring to begin 7/1/07.
     Pay a total of  $,            which shall  bear interest as provided by law.
✘ Make a total   restitution of **$1,853,282.00**  to the victim in the confidential PSI report.
     The defendant shall pay the special assessment and restitution in accordance with Judgment/Commitment.
✘ Defendant shall participate in mental health treatment..
✘ Defendant shall pay, to the extent he is able to, the costs of treating the defendants mental health treatment.
✘ Other conditions:   cooperate in the collection of a DNA sample of the defendant.

All fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.
✘ Pay the  United States a total of **$100,**  special assessment, which is due immediately.
     Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
✘ Defendant is informed of his/her right to appeal.
     ORDER sentencing transcript for Sentencing Commission.     Processed statement of reasons.
✘ Bond order exonerated    ✘ upon surrender        upon service of
✘ Execution of sentence is stayed until 12 noon,  **January 11, 2010,** at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U. S. Marshal
     Issued Remand/Release  #
     Present bond to continue as bond on appeal.        Appeal bond set at        $
     Filed and distributed judgment.  Issd JS-3.  ENTERED.
✘ **Other   It is recommended** that the defendant be designated to the facility at Taft.

                                                                                            43

Initials of Deputy Clerk    Bea